RECEIVED
MAY 09 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED
MAY - 9 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Mia Daugherty
Plaintiff,

v.

Mark and Patricia McCloskey
Defendant(s).

Civil Case No. __4:23-cv-00609 NCC__

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Vision for Children at Risk, 1000 N. Vandeventer, St. Louis MO. 63113

My gross pay or wages are: $1875, and my take-home pay or wages are: $1655 per
(specify pay period) bi weekly.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ___ Yes   ✓ No
(b) Rent payments, interest, or dividends             ___ Yes   ✓ No
(c) Pension, annuity, or life insurance payments      ___ Yes   ✓ No
(d) Disability or worker's compensation payments      ___ Yes   ✓ No
(e) Gifts or inheritances                             ___ Yes   ✓ No
(f) Any other sources                                  ✓ Yes   ___ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

child support: 430/biweekly

4. Amount of money that I have in cash or in a checking or savings account: $ -1600

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Vehicle, valued $7,200

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent 650/month, Utilities $400/month, kids activities $400/month, Phone 120/month, car insurance 240/month, gas $500/month, food $700/month. Child expenses $500/month.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Zara - daughter; $800/month
Zion - son; $600/month

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Student loans —
Personal loans - friend

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Applicant's Signature

Mia Daugherty
Printed Name

May 9, 2023
Date