RECEIVED
MAY 09 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED
MAY - 9 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
DIVISION

Mia Daugherty,
Plaintiff,

v.

Mark and Patricia McCloskey,
Defendant(s).

Case No. 4:23-cv-00609 NCC

## MOTION FOR APPOINTMENT OF COUNSEL AND AFFIDAVIT IN SUPPORT

I, Mia Daugherty, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made: I have called OVER 80 lawyers to take on my case. They have All opted out because the defendats are lawyers. I was told that they did not want to "get involved", but I have a good case. I found two lawyers that wanted to take the case on but their firm told them not to. This has been extremly difficult and stressful. I finanlly can not afford counsel because of my other obligations

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2023.

_____
Signature of Plaintiff