RECEIVED
JUN 16 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Mia Daugherty,            )
                          ) Case no. 4:23-cv-00609-NCC
Mark McCloskey,     v.    )
                          ) _____, 20___
Patricia McCloskey        )

MEMORANDUM FOR CLERK

I hereby motion the court to dismiss this case without prejudice.

[signature]

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant