# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| MIA MICHELLE DAUGHERTY,           ) | |
|                                                                                             Plaintiff,           ) | |
| v.           ) | No. 4:23-CV-00609-NCC |
| MARK MCCLOSKEY and<br>PATRICIA MCCLOSKEY,           ) | |
|                                                                                            Defendants.           ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(a)(i).

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**